**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Email: jschwarz@dickinson-wright.com
CHRISTIAN T. SPAULDING
Nevada Bar No. 14277
Email: cspaulding@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (702) 382-1661
*Attorneys for Plaintiff Omix-ADA, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OMIX-ADA, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>QINGDAO HAIRUNKAIYUAN AUTO PARTS CO., LTD., A/K/A SHANGDONG KAIYUAN VEHICLE PARTS CO., LTD., a foreign company,<br><br>Defendant. | CASE NO. 2:17-CV-02748-MMD-PAL<br><br>**FINAL JUDGMENT BY DEFAULT PURSUANT TO FRCP 55(b)** |

The Court, having duly considered OMIX-ADA, INC.'s ("Omix") Motion for Final Judgment and Permanent Injunction by Default against Defendant QINGDAO HAIRUNKAIYUAN AUTO PARTS CO., LTD., a/k/a SHANGDONG KAIYUAN VEHICLE PARTS CO., LTD. ("Hairunkaiyuan" or "Defendant"), hereby enters final judgment against Defendant pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

**IT IS ORDERED** Omix's Motion for Final Judgment and Permanent Injunction by Default is granted.

/ / /

/ / /

**IT IS FURTHER ORDERED** that judgment is entered against Defendant for willfully infringing Omix's United States Patent No. US D692,290 S in violation of 35 U.S.C. § 271.

**IT IS FURTHER ORDERED** that Defendants and its officers, agents, servants, employees and attorneys, and all other persons acting in active concert or participation with any of them, are hereby permanently enjoined from infringing Omix's United States Patent No. US D692,290 S including, but not limited to, making, using, selling, offering to sell, and importing into the United States products covered by U.S. Patent No. US D692,290 S and colorable imitations thereof pursuant to 15 U.S.C. § 283 and Rule 65(d) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Defendants destroy any products which infringe on Omix's United States Patent No. US D692,290 S.

**IT IS FURTHER ORDERED** that Defendants destroy or surrender all tooling.

**IT IS FURTHER ORDERED** that the United States Customs and Border Protection seize all of Defendants' products which infringe on Omix's United States Patent No. US D692,290 S which are coming into the United States.

**IT IS FURTHER ORDERED** that Defendant notify its distributor(s) about this Order and direct them to cease distribution of any products which infringe on Omix's United States Patent No. US D692, 290 S.

**IT IS FURTHER ORDERED** that Omix recovers its reasonable attorneys' fees, with prejudgment interest, and costs from the Defendants pursuant to 35 U.S.C. § 285 and Rule 54(d) of the Federal Rules of Civil Procedure. Omix shall file the information required by Local Rules 54-1 and 54-14 within fourteen (14) days after the date of this order.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over the parties to the extent necessary to enforce the terms of this Order and the injunctive relief provided herein.

SIGNED AND ENTERED this __5th__ day of October 2018._____

**UNITED STATES DISTRICT JUDGE**